# EXHIBIT 2

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Nina Kolaski<br>Eugene K. Hollander<br>THE LAW OFFICES OF EUGENE K. HOLLANDER<br>230 W. Monroe<br>Suite 1900<br>Chicago, IL 60606 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-05311 | Cristina Wodka, Investigator | (312) 869-8096 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Julianne Bowman_     10-28-16

Enclosures(s)     Julianne Bowman,     (Date Mailed)
District Director

cc: UNTITLED III, LLC
C/O Kristine S. Phillips
O'Hagan LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *Be sure to include your name, address, phone number and EEOC charge number with your request*.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* **Before filing a lawsuit,** but within 90 days of your receipt of the Right to Sue, or

* **After your lawsuit has been filed.** If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *Respondent* you may be granted access to the file *only after* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, it is recommended that you first review your file to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent in its entirety to the copy service, and you will be responsible for the cost. Payment must be made directly to **Aloha Print Group**, which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

# *Suggestions on How to Find a Lawyer*

The U.S. Equal Employment Opportunity Commission does not provide private attorney services. There are, however, several Chicago-area organizations which may be able to assist you in retaining a private attorney to pursue your employment discrimination claims. Some are described below. All of the information has been obtained from the organizations' own web-sites and has not been verified by the EEOC, nor does the EEOC recommend or vouch for any attorney retained through any of the organizations. Note also that there are other organizations and bar associations, including ones affiliated with different communities which may also be able to make attorney referrals.

## ASIAN AMERICAN BAR ASSOCIATION OF GREATER CHICAGO

The Asian American Bar Association of Greater Chicago represents the interests of thousands of Asian American legal professionals and community members. The Association states that it does not operate a lawyer referral service. It does however maintain a list of lawyers who have chosen to be listed in a directory maintained on-line by the association, although the information is not verified by the organization. View the directory on the association's web-site at www.aabachicago.org by clicking on "Find A Lawyer." Telephone number: (312) 554-2044.

## CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION (CAASE)

CAASE engages in civil sex harassment or retaliation cases involving sexual assault, rape, or prostitution. CAASE is available via phone 9 a.m. to 5 p.m., Monday through Friday, and in person by appointment. All personal information left on CAASE's voicemail will be kept confidential. To learn more, or to schedule a free consultation, please call 773-244-2230, ext. 4 or email veronica@caase.org. Their services are free to qualifying individuals.

## CHICAGO BAR ASSOCIATION

The Chicago Bar Association Lawyer Referral Service is said to have over 300 prescreened qualified lawyers experienced in almost every area of the law, including employment law (wrongful termination, harassment and discrimination). There is a $30 fee for the initiation consultation to meet with a referral attorney. Contact the Service at (312) 554-2001 or on-line at www.chicagobar.org. (On-line there is a form to fill out for attorney referrals.)

## COOK COUNTY BAR ASSOCIATION

The Cook County Bar Association states that since its inception it has aggressively supported the civil, political, and economic rights of the Black community and its members. The Cook County Bar Association Foundation provides legal information, resources, and referrals through its monthly legal clinics. Contact the Cook County Bar Association at (312) 630-1157 or on-line at www.cookcountybar.org. There is a link to its Lawyer Directory on the home page.

## COUNCIL ON AMERICAN-ISLAMIC RELATIONS CHICAGO CHAPTER

CAIR is the nation's largest Muslim civil rights and advocacy group. CAIR-Chicago functions as an independent organization that sets its own strategy and goals. It does not operate a lawyer referral service; however, it does have a Civil Rights Department which conducts litigation, including

employment discrimination litigation. Visit CAIR-Chicago's web site for additional information www.cairchicago.org. Telephone number: (312) 212-1520.

**EQUIP FOR EQUALITY**

Equip for Equality is an independent, private, not-for-profit organization whose mission is to advance the human and civil rights of children and adults with disabilities in Illinois. It provides free legal services to qualifying people with disabilities on a variety of issues, including disability discrimination related to employment. All individuals seeking EFE's legal help must complete an intake interview. To schedule an intake interview, contact EFE by calling (800) 537-2632 (Voice) or (800) 610-2779 (TTY), or by sending an e-mail to contactus@equipforequality.org. Visit www.equipforequality.org for more information.

**ILLINOIS STATE BAR ASSOCIATION**

The Illinois State Bar Association's primary focus is to assist Illinois lawyers in the practice of law and to promote improvements in the administration of justice. For lawyer referrals visit www.isba.org and click on "Illinois Lawyer Finder" located in the "For the Public" section in the bottom right hand corner. Through the web-site you can arrange a ($25 or under) 30 minute telephone consultation with a lawyer. The association telephone number is: (800) 922-8757.

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS**

The Chicago Lawyers' Committee for Civil Rights provides free representation to people with employment discrimination claims. The Committee has staff attorneys who work on civil rights cases and attorneys at leading law firms who work on those cases pro bono (without charge). Contact the Lawyers' Committee for an interview by calling (312) 202-3641.

**LEGAL ASSISTANCE FOUNDATION (LAF)**

LAF is an organization that provides free legal services to eligible households with limited assets and income at or below 150 percent of the federal poverty line. Its handles a variety of employment discrimination claims, as well as claims for immigrant workers. Contact LAF for an intake interview by calling (312) 341-1070 between 8 a.m. – 9:30 a.m. If you do not speak English, you may request an interview in the language you are most comfortable speaking.

**NATIONAL EMPLOYMENT LAWYERS ASSOCIATION ILLINOIS CHAPTER**

NELA/Illinois promotes the workplace rights of individual employees through public policy, legislation, and other activities. NELA/Illinois provides lawyer referral information through its web-site. Visit www.nela-illinois.org and click on "Contact Us." On the next screen, click on "Find A Lawyer." Enter your search geographical area (e.g., "Chicago") and your type of case (e.g., "racial harassment") and click on "search" to obtain information on individual attorneys.

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred; but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| Counties | | Counties | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| Counties | | Counties | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>**Southern District of Illinois**<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br>and<br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | **Rock Island Division**<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| Counties | | Counties | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division**<br>600 East Monroe Street<br>Springfield, IL 62701<br>217-492-4020 | |
| Clinton | Monroe | | |
| Crawford | Perry | | |
| Cumberland | Pope | | |
| Edwards | Pulaski | | |
| Effingham | Randolph | Counties | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |